

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>Juan Carlos PICCINI-Del Rio,<br><br><br><br><br>    Defendant. | Magistrate Docket No. **22-MJ-443**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In the United States |

The undersigned complainant being, duly sworn, states:

On or about February 5, 2022, within the Southern District of California, defendant, Juan Carlos PICCINI-Del Rio, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 7, 2022.

HON. BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Juan Carlos PICCINI-Del Rio

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

On February 5, 2022, Supervisory Border Patrol Agent J. Zdunek was assigned to the Chula Vista Border Patrol station's area of responsibility. Agent Zdunek was wearing his agency issued, rough duty uniform with badges and Border Patrol patches fully visible.

At approximately 4:45 AM, Agent Zdunek responded to an activation of a digital intrusion device near him. Another agent in the area who was using a handheld thermal camera was able to locate two individuals in the area where Agent Zdunek had arrived. Agent Zdunek exited his vehicle and was guided to the last known location of the two individuals. As Agent Zdunek approached the area where the two individuals were located and identified himself as a Border Patrol Agent, the two individuals, one later identified as the defendant Juan Carlos PICCINI-Del Rio began to run from Agent Zdunek. After a brief foot chase, Agent Zdunek caught up to the two individuals and detained them. Agent Zdunek then identified himself again as a Border Patrol Agent and asked each individual as to their country of citizenship. Each individual, including the defendant, Juan Carlos PICCINI-Del Rio, stated they were citizens of Mexico without proper immigration documentation that would allow them legally into the United States. At approximately 5:15 AM, Agent Zdunek placed the two individuals including PICCINI under arrest. The location of the arrest was approximately two and a half miles north of the international boundary separating the United States and Mexico and approximately one and a half miles east of the Otay Mesa California Port of Entry.

CONTINUATION OF COMPLAINT:
Juan Carlos PICCINI-Del Rio

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on March 11, 2021 through San Ysidro, Califorina. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on February 6, 2022 at 8:00 AM.**

Enrique Cadena
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 5, 2022 in violation of 8 USC 1326.

**8:14 AM, Feb 6, 2022**

Bernard G. SKOMAL
United States Magistrate Judge

Date/Time